# UNITED STAES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

CLERK, US BANKRUPTCY COURT
DISTRICT OF OREGON

2011 AUG -9 PM 4: 15

LODGED____ ____REC'D.____
PAID____

|  |  |
|---|---|
| In Re: | ) |
|  | ) Case No.:09-64221-fra13 |
| MICHAEL R POWELL | ) |
| CHRISTINA HERD-POWELL | ) **LIST OF NAMES AND ADDRESSES** |
|  | ) **FOR UNCLAIMED FUNDS** |
| Debtor(s) | ) |

Fred Long, Trustee, respectfully represents to the Bankruptcy Court as follows:

Sixty (60) days have passed since the issuance of the checks(s) to the debtors below and such checks have either been returned to the trustee or payment has been stopped thereon, and the total of $_____ .01 is hereby paid to the Clerk of the United States Bankruptcy Court for deposit in the Registry of the Court as unclaimed money.

The following is a list of names and addresses, as far as known of the persons entitled to the following sums:

|  | Refund Amount | Unclaimed Refund |
|---|---|---|
| CHRISTINA HERD-POWELL | | |
| MICHAEL R POWELL | .01 | .01 |
| PO BOX 40571 | | |
| EUGENE OR 974040000 | | |

Dated: August 9, 2011

/s/ Fred Long
Trustee